UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: **00-6038 CR-ZLOCH**

18 U.S.C. § 1711
18 U.S.C. § 500

**MAGISTRATE JUDGE SELTZER**

UNITED STATES OF AMERICA,

v.

JEAN E. SIMEON,

    Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about April 23, 1997, through on or about January 16, 1998, at Broward County, in the Southern District of Florida, the Defendant,

**JEAN E. SIMEON,**

being a United States Postal Service employee, did knowingly and willfully convert to his own use, and failed to account for and turn over to the proper officer or agent of the United States Postal Service, as required by law and the regulations of the Postal Service, money and property having come into his hands and under his control in the execution of his employment, in an amount totaling approximately $23,663.50; in violation of Title 18, United States Code, Section 1711.

## COUNTS 2-21

On or between August 13, 1997 and November 19, 1997, at Broward County, in the Southern District of Florida, the defendant,

### JEAN E. SIMEON,

being a United States Postal Service employee, did knowingly and willfully issue United States Postal Service money orders in the amounts listed below and imprinted with the date listed below, without having previously received and paid the full amount of money payable therefor, with the purpose of fraudulently obtaining and receiving from the United States and the Postal Service the sums of money listed below:

| COUNT | MONEY ORDER NUMBER | ISSUANCE DATE | AMOUNT |
| --- | --- | --- | --- |
| 2 | 670 408 3100 | 09/22/97 | $700.00 |
| 3 | 670 408 3101 | 09/22/97 | $463.75 |
| 4 | 670 408 3107 | 09/29/97 | $700.00 |
| 5 | 670 408 3112 | 09/23/97 | $505.25 |
| 6 | 670 408 3120 | 05/26/97 | $640.00 |
| 7 | 670 408 3121 | 05/26/97 | $641.00 |
| 8 | 670 408 3122 | 11/08/97 | $700.00 |
| 9 | 670 408 3123 | 09/29/97 | $700.00 |
| 10 | 670 408 3125 | 05/26/97 | $700.00 |
| 11 | 670 408 3126 | 05/26/97 | $700.00 |
| 12 | 670 408 3129 | 05/27/97 | $646.92 |
| 13 | 670 408 3130 | 09/29/97 | $700.00 |

| COUNT | MONEY ORDER NUMBER | ISSUANCE DATE | AMOUNT |
|---|---|---|---|
| 14 | 670 408 3139 | 09/29/97 | $700.00 |
| 15 | 670 408 3144 | 11/08/97 | $700.00 |
| 16 | 670 408 3145 | 11/08/97 | $654.66 |
| 17 | 670 408 3151 | 09/22/97 | $660.00 |
| 18 | 670 408 3172 | 11/12/97 | $700.00 |
| 19 | 670 408 3179 | 05/27/97 | $700.00 |
| 20 | 670 408 3186 | 10/06/97 | $700.00 |
| 21 | 670 408 3190 | 11/12/97 | $700.00 |

All in violation of Title 18, United States Code, Section 500.

## COUNTS 22 - 34

On or between December 22, 1997 and January 16, 1998, at Broward County, in the Southern District of Florida, the defendant,

**JEAN E. SIMEON,**

being a United States Postal Service employee, did knowingly and willfully issue United States Postal Service money orders in the amounts listed below and imprinted with the date listed below, without having previously received and paid the full amount of money payable therefor, with the purpose of fraudulently obtaining and receiving from the United States and the Postal Service the sums of money listed below:

| COUNT | MONEY ORDER NUMBER | ISSUANCE DATE | AMOUNT |
|---|---|---|---|
| 22 | 675 489 2311 | 12/29/97 | $375.66 |
| 23 | 675 489 2318 | 12/29/97 | $530.00 |

| COUNT | MONEY ORDER NUMBER | ISSUANCE DATE | AMOUNT |
|---|---|---|---|
| 24 | 675 489 2328 | 12/29/97 | $672.00 |
| 25 | 675 489 2329 | 12/29/97 | $500.00 |
| 26 | 675 489 2345 | 12/29/97 | $500.00 |
| 27 | 675 489 2366 | 12/29/97 | $500.00 |
| 28 | 675 489 2367 | 01/09/98 | $700.00 |
| 29 | 675 489 2378 | 01/09/98 | $700.00 |
| 30 | 675 489 2379 | 01/14/98 | $500.00 |
| 31 | 675 489 2381 | 01/12/98 | $700.00 |
| 32 | 675 489 2383 | 01/12/98 | $700.00 |
| 33 | 675 489 2388 | 01/09/98 | $700.00 |
| 34 | 675 489 2389 | 01/09/98 | $491.21 |

All in violation of Title 18, United States Code, Section 500.

## COUNTS 35 - 43

On or between April 23, 1997 and December 22, 1997, at Broward County, in the Southern District of Florida, the defendant,

**JEAN E. SIMEON,**

being a United States Postal Service employee, did knowingly and willfully issue United States Postal Service money orders in the amounts listed below and imprinted with the date listed below, without having previously received and paid the full amount of money payable therefor, with the purpose of fraudulently obtaining and receiving from the United States and the Postal Service the sums of money listed below:

| COUNT | MONEY ORDER NUMBER | ISSUANCE DATE | AMOUNT |
|---|---|---|---|
| 35 | 702 594 6019 | 09/19/97 | $500.00 |
| 36 | 702 594 6020 | 09/19/97 | $105.00 |
| 37 | 702 594 6021 | 10/04/97 | $300.00 |
| 38 | 702 594 6026 | 12/10/97 | $700.00 |
| 39 | 702 594 6027 | 11/12/97 | $550.00 |
| 40 | 702 594 6030 | 12/06/97 | $150.00 |
| 41 | 702 594 6036 | 09/30/97 | $200.00 |
| 42 | 702 594 6037 | 09/30/97 | $200.00 |
| 43 | 702 594 6047 | 12/10/97 | $600.00 |

All in violation of Title 18, United States Code, Section 500.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.

JEAN E. SIMEON                    **CERTIFICATE OF TRIAL ATTORNEY***

_____

**Court Division:** (Select One)

___ Miami      ___ Key West
_X_ FTL        ___ WPB    ___ FTP

**Superseding Case Information:**
New Defendant(s)          Yes ___   No ___
Number of New Defendants       ___
Total number of counts         ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect _English_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_      Petty      ___
   II   6 to 10 days     ___      Minor      ___
   III  11 to 20 days    ___      Misdem.    ___
   IV   21 to 60 days    ___      Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No  If yes, was it pending in the Central Region? _X_ Yes ___ No

                                   _____
                                   BERTHA R. MITRANI
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Florida Bar No. 88171

*Penalty Sheet(s) attached                                REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: JEAN E. SIMEON                    No.: _____

Count # 1:

Embezzling Postal Funds; in violation of 18 U.S.C. § 1711

*Max Penalty:   10 years' imprisonment; $ 250,000 fine

Counts # 2-43:

Issuing Postal Money Order without remitting the funds; in violation of 18 U.S.C. § 500

*Max Penalty:   5 years' imprisonment; $ 250,000 fine

Count #:

_____

_____

*Max Penalty: _____

Count #:

_____

_____

*Max Penalty: _____

Count # :

_____

_____

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96