AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BERTHA R. MITRANI   SPECIAL AGENT IRV WILBERT (954) 436-7205

## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JEAN E. SIMEON

**WARRANT FOR ARREST**

CASE NUMBER: 00-6038-CR-ZLOCH
MAGISTRATE JUDGE SELTZER

TO: The United States Marshal
and any Authorized United States Officer

FILED by ___ D.C.
FEB -9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. L.

YOU ARE HEREBY COMMANDED to arrest __JEAN E. SIMEON__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) embezzling postal funds and issuing money orders without remitting the funds to the Postal Service,

in violation of Title __18__ United States Code, Section(s) __500; 1711__

__CLARENCE MADDOX__
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ 25,000 Personal Surety Bond
Defendant not to be con incarcerated overnight

__COURT ADMINISTRATOR\CLERK OF THE COURT__
Title of Issuing Officer

__February 08, 2000, Fort Lauderdale, Florida__
Date and Location

_[signature]_
by __Lurana S. Snow, Chief United States Magistrate Judge__
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Jean F. Simeon

ALIAS:

LAST KNOWN RESIDENCE: 421 N.W. 87 Drive, Apt. #204

LAST KNOWN EMPLOYMENT: U.S. Postal Service, Pompano Beach, Florida

PLACE OF BIRTH:

DATE OF BIRTH: April 15, 1949

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'7"          WEIGHT: 175 pounds

SEX: Male             RACE: Black

HAIR: Black           EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO: 1997 Acura Legend, Four Door, White in color

INVESTIGATIVE AGENCY AND ADDRESS: United Postal Inspection Service, 3400 Lakeside Drive, 6th Floor, Miramar, Florida 33027-3242