UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6038-CR-Zloch

UNITED STATES OF AMERICA

vs

JEAN E. SIMEON

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 11, 2000 where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __ON BOND FORM__

                     Telephone: _____

DEFENSE COUNSEL:     Name: __FPD__

                     Address: _____

                     Telephone: _____

BOND SET:            $ __25,000 PSB__

Bond hearing held:  yes_____  no_____  Bond hearing set for_____

Dated this __11TH__ day of __FEBRUARY__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. 00-___010___

cc: Copy for Judge
    U. S. Attorney