COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JEAN E. SIMEON (J)    CASE NO: 00-6038-CR-ZLOCH

AUSA: BERTHA MITRANI /Mis    ATTY: Lopez

AGENT: POSTAL    VIOL: 18:1711; 500

PROCEEDING I/A ON INDICTMENT    RECOMMENDED BOND 25,000 PSB

BOND HEARING HELD - yes/no    COUNSEL APPOINTED FPD

_____ BOND SET @ _____

_____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    / x's a (wk)/month by phone; / x's a wk/month in person

3) Travel extended to:

4) Surrender passport by noon on Monday, 2/14

Deft advised of charges - sworn
for apptmt of Counsel

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

PTD/BOND HRG:

PRELIM/ARRAIGN:

REMOVAL HRG:

STATUS CONF: 2-25 // BSS

Date: 2-11-00    Time 11:00    FTL/LSS TAPE #00- 0/0    Begin: 538    End: 778

10