AO 442 (Rev. 12/85) Warrant for Arrest   AUSA BERTHA R. MITRANI    SPECIAL AGENT IRV WILBERT (954) 436-7205

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JEAN E. SIMEON

**WARRANT FOR ARREST**

CASE NUMBER: 00-6038
CR-ZLOCH
MAGISTRATE JUDGE
SELTZER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JEAN E. SIMEON_____
                                             Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) embezzling postal funds and issuing money orders without remitting the funds to the Postal Service,

in violation of Title __18__ United States Code, Section(s) __500;1711__

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ 25,000 Personal Surety Bond

Defendant not to be
~~con~~ incarcerated overnight

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

February 08, 2000, Fort Lauderdale, Florida
Date and Location

[signature]
by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL | | |
| DATE RECEIVED
2/8/2000 | NAME AND TITLE OF ARRESTING OFFICER
James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST
2/11/2000 | FOR:  USPS | Fred Depompa, SDUSM |

11

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Jean F. Simeon

ALIAS:

LAST KNOWN RESIDENCE: 421 N.W. 87 Drive, Apt. #204

LAST KNOWN EMPLOYMENT: U.S. Postal Service, Pompano Beach, Florida

PLACE OF BIRTH:

DATE OF BIRTH: April 19, 1964

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'7"         WEIGHT: 175 pounds

SEX: Male            RACE: Black

HAIR: Black          EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO: 1997 Acura Legend, Four Door, White in color


INVESTIGATIVE AGENCY AND ADDRESS: United Postal Inspection Service, 3400 Lakeside Drive, 6th Floor,

Miramar, Florida 33027-3242