UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ]  CASE NUMBER: CR _00-6038-CR-Zloch_
            Plaintiff ]
   -vs-                  ]  REPORT COMMENCING CRIMINAL
                         ]         ACTION
_Jean E. Simeon_         ]  _55216-004_
            Defendant       USMS Number

**FILED by FEB 15 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD D.C.**

TO: CLERK'S OFFICE   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. DISTRICT COURT        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: _2-11-2000_ AM ___ _7:39_ PM

(2) LANGUAGE SPOKEN: _English_

(3) OFFENSE(S) CHARGED: _Title 18 U.S. Code Section(s) 500 & 1711_

(4) UNITED STATES CITIZEN: (X) YES  ( ) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: _4-15-49_

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [X] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
        CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

AMOUNT OF BOND: $_25,000.00_ Personal Surety  WHO SET BOND? _Hurley_

(7) REMARKS: _____

(8) DATE: _2-11-2000_ ARRESTING OFFICER: _Fri Wilbert_

(10) AGENCY: _US Postal Inspectors_ (11) PHONE: _954/436-7205_

(12) COMMENTS: _____