# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Jean E. Simeon (no deft needed) CASE NO: 00-6038-CR-Zloch
AUSA: Bertha Mitrani / Yanyar ATTNY: FPD Wilcox for Hunt
AGENT: _____ VIOL: _____
PROCEEDING: Status Conference BOND REC: _____
BOND HEARING HELD - yes/no COUNSEL APPOINTED: _____

FILED
FEB 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House ___ Electronic Monitoring

Discovery ord
2-3 days to try
Gov't ready
no motions pending

NEXT COURT APPEARANCE: DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 2-25-00 TIME: 11:00am TAPE # 00-017 PG # 590-612

16