UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6038-CR-ZLOCH

UNITED STATES OF AMERICA,

v.

JEAN E. SIMEON

Defendant.
_____/



## UNITED STATES' FIRST SUPPLEMENTAL
## RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this first supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.  2.  That portion of the written record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent has been provided to defense counsel together with this discovery response.

The attachments to this response are numbered pages __76__ - __88__. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33354
Tel: 954/ 356-7255
Fax: 954/356-7336

cc:   Postal Inspector Irv Wilbert

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this __28th__ day of February, 2000 to:

Patrick Hunt, Esquire

Assistant Federal Public Defender

Office of the Federal Public Defender

101 N.E. 3rd Avenue; Ste 202

Fort Lauderdale, Florida 33301

                                            Bertha R. Mitrani
                                            Assistant United States Attorney