UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6038-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

JEAN E. SIMEON,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on February 25, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has today complied with its obligations under the Standing Discovery Order; no motions are currently pending. The Government further represented that its case will not involve any tapes and that the matter will require two to three days to try; it is ready to proceed.

2.    Defense counsel informed the Court that he has not yet received the Government's discovery response; he will contact the prosecutor if he has not received it within the next few days. Further, defense counsel stated that he did not know whether

1



the matter would likely be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this 28th day of February 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William J. Zloch.
United States District Judge

Bertha Mitrani, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant