

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6038-CR-ZLOCH

UNITED STATES OF AMERICA

v.

JEAN E. SIMEON

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

COURTROOM A
DATE & TIME:
March 27, 2000, at 9:00 AM

CALENDAR CALL - RESET BY COURT

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: March 7, 2000

cc:
Bertha Matrani, Esq., AUSA
Patrick Hunt, Esq.