UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6038-CR-ZLOCH

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

    v.   :

JEAN E. SIMEON,   :

    Defendant.   :

_____ :

NIGHT BOX FILED
MAR 23 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant, Jean Simeon, through counsel, respectfully moves for a continuance of the trial in this matter by a period of at least thirty (30) days, from the currently scheduled trial period beginning March 27, 2000, and in support states as follows:

1. Defendant was arraigned in this matter on February 11, 2000. This case is currently set for trial during the two week period beginning March 27, 2000. This is the first trial setting in this matter.

2. Counsel has received the government's written discovery responses in this case, and has met with the government to review discovery. This discovery includes a substantial amount of post office bookkeeping records. After reviewing some of the written discovery material with Mr. Simeon, it is apparent that there is a need for substantial additional defense investigation, including numerous witness interviews. This investigation has begun, but Defendant respectfully requests more time to complete this investigation and preparation.

3. Mr. Simeon is currently on bond. He agrees with counsel's assessment that more

time is needed for adequate preparation, and has requested the filing of this motion.

4. Bertha Mitrani, the Assistant United States Attorney who is handling this case for the government, has no objection to the granting of the relief requested in this motion.

WHEREFORE, the Defendant Jean Simeon, through undersigned counsel, respectfully requests that the trial in this cause be continued by a period of at least thirty (30) days.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Patrick M. Hunt
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436
FAX 954/356-7556

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 29th day of March, 2000 to Bertha Mitrani, United States Attorney's Office at 299 East Broward Blvd., Ft. Lauderdale, FL 33301.

_____
Patrick M. Hunt