UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by ___
MAR 27 2000
CLARENCE M.
CLERK U.S. D.
S.D. OF FLA. F

CASE NUMBER 00-6038-CR-Zloch   DATE 3-27-00
CLERK Carline Newby   REPORTER Carl Schanzleh
PROBATION   INTERPRETER

UNITED STATES OF AMERICA v. Sean Simeon

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Patrick Hunt

DEFENDANT:  PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call. Deft's mtn for continuance granted - all time excludable until trial actually commences -

RESULT OF HEARING

JUDGMENT

CASE CONTINUED TO   TIME   FOR

MISC 2-3 days
Bond