UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6038-CR-ZLOCH

UNITED STATES OF AMERICA,

v.

JEAN E. SIMEON

Defendant.
_____/

## UNITED STATES' UNOPPOSED MOTION TO BE EXCUSED FROM THE FIRST WEEK OF TRIAL

The United States of America, respectfully moves this Honorable Court for an Order excusing it from trial for the week of May 22, 2000. The grounds for this motion are as follows:

1. By Order dated February 18, 2000, the trial of this matter was set for the two week period commencing March 27, 2000.

2. Defendant moved to continue the trial of this matter, and the Court reset the trial of the matter for the two week period commencing May 22, 2000.

3. Inspector Irv Wilbert is the case agent and a critical and necessary fact witness on behalf of the United States. His daughter's High School graduation ceremony is on May 25, 2000, in Birmingham, Alabama. Accordingly, Inspector Wilbert is scheduled to leave for Birmingham, Alabama, on May 23, 2000, and is returning on May 28, 2000.

4. Defense counsel Patrick Hunt has been contacted regarding this motion and does not oppose it.

                Respectfully submitted,

                THOMAS E. SCOTT
                UNITED STATES ATTORNEY

By:

                Bertha R. Mitrani
                Assistant United States Attorney
                Florida Bar No. 88171
                500 East Broward Boulevard
                Fort Lauderdale, Florida 33354
                Tel: 954/ 356-7255
                Fax: 954/356-7336

cc:    Postal Inspector Irv Wilbert

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this ___ day of May, 2000 to:

Patrick Hunt, Esquire
Assistant Federal Public Defender
Office of the Federal Public Defender
101 N.E. 3rd Avenue; Ste 202
Fort Lauderdale, Florida 33301

Bertha R. Mitrani
Assistant United States Attorney