UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6035-CR-ZLOCH

UNITED STATES OF AMERICA, :

    Plaintiff, :

    v. :

JEAN E. SIMEON, :

    Defendant. :

_____ :

**NIGHT BOX FILED**

**MAY 1 6 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, Jean Simeon, through counsel, respectfully moves for a continuance of the trial in this matter by a period of at least thirty (30) days, from the currently scheduled trial period beginning May 22, 2000, and in support states as follows:

1. Defendant was arraigned in this matter on February 11, 2000. This case is currently set for trial during the two week period beginning May 22, 2000. This is the second trial setting in this matter.

2. Counsel has received the government's written discovery responses in this case, and has met with the government to review discovery, which includes a substantial amount of post office bookkeeping records and other documentary evidence. Counsel and an investigator have reviewed the discovery material with Mr. Simeon, and have also conducted substantial defense investigation, including numerous witness interviews. This investigation has turned out to be more complex and time consuming than originally anticipated. Defendant respectfully requests more time to complete this investigation and preparation in order to be ready for trial.



3. The government has already requested that the trial not be set during the week of May 22, 2000, because of the unavailability of the case agent. Counsel does not oppose that request, and joins in that request. Counsel also asks that the trial not be set during the week of June 5, 2000, as counsel is scheduled to attend the annual Federal Defender Seminar in New Orleans, Louisiana during that week.

4. Mr. Simeon is currently on bond. He agrees with counsel's assessment that more time is needed for adequate preparation, and has requested the filing of this motion.

5. Bertha Mitrani, the Assistant United States Attorney who is handling this case for the government, has no objection to the granting of the relief requested in this motion.

WHEREFORE, the Defendant Jean Simeon, through undersigned counsel, respectfully requests that the trial in this cause be continued by a period of at least thirty (30) days.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Patrick M. Hunt
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436   FAX 954/356-7556

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 16th day of May, 2000 to Bertha Mitrani, United States Attorney's Office at 299 East Broward Blvd., Ft. Lauderdale, FL 33301.

Patrick M. Hunt