UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

MAY 19 2000

CASE NUMBER 00-6038-CR-Zloch  DATE 5-19-00
CLERK Caroline Newby  REPORTER Carl Schanzleh
PROBATION  INTERPRETER

UNITED STATES OF AMERICA V. Jean Simeon

U. S. ATTORNEY Bertha Mitrani  DEFT COUNSEL Patrick Hunt

DEFENDANT:  PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's Mtn TO Continue - granted - all time excludable

JUDGMENT

CASE CONTINUED TO  TIME  FOR

MISC 3-4 days

