UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6038-CR-ZLOCH

FILED JUN 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
v.                          )
                            )
                            )
JEAN E. SIMEON,             )
                            )
            Defendant.      )
_____ /

### MOTION TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Court authorize the undersigned Assistant United States Attorney to bring electronic equipment into the courtroom, to wit, video cassette recorders (VCRs), television monitors, etc., for use in court proceedings.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar # 88171
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255, Ext. 3511
Facsimile:  (954) 356-7336



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered to Patrick Hunt, Esquire, counsel for defendant Jean Simeon, on this 30th day of June, 2000.

Bertha R. Mitrani
Assistant United States Attorney