UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6038-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| JEAN SIMEON, | : |
| Defendant. | : |
| _____/ | |

RECEIVED & FILED IN OPEN COURT
ON June 30, 2000 AT
Ft. Lauderdale, FLA.
Clarence Maddox  Clerk
United States District Court
Southern District of Florida

## UNITED STATES' FIRST SPEEDY TRIAL REPORT

Pursuant to Local Rule 88.5 of the United States District Court for the Southern District of Florida, the United States of America reports as follows:

Synopsis

1. On February 8, 2000, a grand jury sitting Fort Lauderdale, returned a true bill against the defendant. The defendant made his initial appearance before this Court on February 11, 2000; therefore, compliance with the Speedy Trial Act commenced on that date. 18 U.S.C. § 3161(c)(1); 18 U.S.C. § 3161(h)(7). Since that date, the government has determined that 40 days of non-excludable time have elapsed. By Order dated April 4, 2000, the Court tolled the time for time for compliance with the Speedy Trial Act from March 23, 2000, until trial in this matter commences. Accordingly, trial can commence at any time.

Calculation

2. The Defendant was arraigned on February 11, 2000.

3. A Status Conference was held on February 25, 2000.

28

4. On March 23, 2000, Defendant moved to continue the first trial setting.

5. By Order dated April 4, 2000, the Court granted Defendant's motion to continue and deemed that the delay resulting from the date of the continuance, March 23, 2000, through and including May 22, 2000, the date set for trial, or the date the trial commences, whichever is later, as excludable time under Title 18, United States Code, 3161(h)(8).

6. By Order dated May 22, 2000, the Court granted Defendant's motion to continue and deemed that the delay resulting from the date of the continuance, May 19, 2000, through and including July 3, 2000, the date set for trial, or the date the trial commences, whichever is later, as excludable time under Title 18, United States Code, 3161(h)(8).

Respectfully submitted,

GUY E. LEWIS
UNITED STATES ATTORNEY

By: _____
Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: 954/356-7255
Fax: 954/356-7336

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered to Patrick Hunt, Esquire, counsel for defendant Jean Simeon, on this 30th day of June, 2000.

Bertha R. Mitrani
Assistant United States Attorney

3