

FILED by _____ D.C.

JUN 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER _OO- 6038-CR-Zloch_ DATE _June 30, 2000_

CLERK _Amy Jordan_                    REPORTER _Carl Schanzleh_

PROBATION _____        INTERPRETER _____

UNITED STATES OF AMERICA   V. _Jean Simeon_

U. S. ATTORNEY _Bertha Mitrani_   DEFT COUNSEL _Patrick Hunt_

DEFENDANT:   PRESENT   ( NOT PRESENT )   ( ON BOND )   IN CUSTODY

REASON FOR HEARING _Calendar Call_

RESULT OF HEARING _Jury Selection scheduled
for July 5, 2000 @ 10:15 a.m.
Trial to begin after Jury Selection._

JUDGMENT _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

29