FILED D.C.
JUL 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER **00-6038-CR**    DATE **July 5, 2000**
CLERK **Amy Jordan**    REPORTER **Carl Schanzleh**
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. **Jean E. Simeon**

U. S. ATTORNEY **Bertha Mitrani**    DEFT COUNSEL **Patrick Hunt**

DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING **Jury Selection**

RESULT OF HEARING **Jury Selected**

JUDGMENT _____

CASE CONTINUED TO **July 6, 200** TIME **@ 9:45 a.m.** FOR _____

MISC _____