UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUL 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER  00-6038-CR-ZLOCH    DATE  7-6-00
CLERK  Carline Newby    REPORTER  Carl Schanzleh
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA  v.  Jean Simeon

U. S. ATTORNEY  Bertha Mitrani    DEFT COUNSEL  Patrick Hunt

DEFENDANT:  (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING  Trial

RESULT OF HEARING  Jury Sworn; Opening Statements; Gov't Case-in-chief

JUDGMENT

CASE CONTINUED TO  Sept 7, 2000   TIME  2:00 pm   FOR  Trial

MISC


31