FILED by _____ D.C.
JUL 0 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6038-CR-Zloch DATE 7-7-00

CLERK Carline Newby    REPORTER Carl Schenzelly

PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. Jean E. Smeer

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Patrick Hunt

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING  Trial

RESULT OF HEARING  Gov'n't case-in-chief

JUDGMENT _____

CASE CONTINUED TO July 10, 2000   TIME 9:15am   FOR Trial

MISC _____

32