UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6038-CR-ZLOCH

UNITED STATES OF AMERICA,          :
                                   :
v.                                 :
                                   :
JEAN E. SIMEON                     :
                                   :
        Defendant.                 :
_____/

FILED by _____ D.C.

JUL 0 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## UNITED STATES' WITNESS LIST

The following is a list of people whom the United States may call as witnesses in the trial

of this matter:

1.   Alzate, Rafael F.

2.   Bein, George D. III

3.   Deyalsingh, Peter

4.   Ewing, Bobby F.

5.   Gomes, C. Wesley

6.   Hanson, Robert L.

7.   Hill, Anna M. (Robinson, Anna M.)

8.   Himmelreich, Susan

9.   Hutz, Randolph W.

10.  Irizarry, Wilson G.

11.  Julian, Peter

12.  Kozlowski, Henry

13.  Lunsford, Maria I.

14. Lynn, Patricia A.

15. Maisonet, Elizabeth

16. Manzolillo, Patricia A.

17. McCarthy, Glenn M.

18. Myers, Elizabeth

19. Olivera, Michael Jr.

20. Tynes, Robin M.

21. Vathielil, James J.

22. Wiggins, Travist

23. Wilbert, Irving

24. Wykle, Hubert

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33354
Tel: 954/ 356-7255
Fax: 954/356-7336

cc:    Postal Inspector Irv Wilbert

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered

to counsel for defendant, Patrick Hunt, Esquire, in District Court on this 5th day of July, 2000.

Bertha R. Mitrani
Assistant United States Attorney

| | | | UNITED STATES EXHIBIT LIST | | |
|---|---|---|---|---|---|
| UNITED STATES v. SIMEON<br>CASE NO. 00-6038-CR-ZLOCH | | | | ASSISTANT UNITED STATES ATTORNEY<br>BERTHA R. MITRANI<br>PAGE 1 OF 12 | |
| EXHIBIT<br>NUMBER | CR | DESCRIPTION | | WITNESS | ADMITTED<br>(Y/N) |
| 1 | | International Money Order Log | | | |
| 2 | | Domestic Money Order Log | | | |
| 3A | | Block Of Blank Money Orders | | | |
| 3B | | Blank Money Order | | | |
| 4A | | Money Order<br>675 489 2772 | | | |
| 4B | | Money Order Customer's Receipt<br>675 489 2772 | | | |
| 4C | | Money Order Postal M.O. Voucher<br>675 489 2772 | | | |
| 4D | | Money Order<br>675 489 2381 | | | |
| 4E | | Money Order Customer's Receipt<br>675 489 2381 | | | |
| 5 | | Clerk #11   PS-1412 Receipt Portion<br>11/12/97 | | | |

| | | UNITED STATES EXHIBIT LIST | | |
|---|---|---|---|---|
| UNITED STATES v. SIMEON CASE NO. 00-6038-CR-ZLOCH | | | ASSISTANT UNITED STATES ATTORNEY BERTHA R. MITRANI     PAGE 2 OF 12 | |
| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
| 6 | | Clerk #11 Domestic Money Order List 5/27/97 | | |
| 7 | | Clerk #11 Domestic Money Order List 9/10/97 | | |
| 8 | | Clerk #11 Domestic Money Order List 9/12/97 | | |
| 9 | | Clerk #11 Domestic Money Order List 9/13/97 | | |
| 10 | | Clerk #11 Domestic Money Order List 9/15/97 | | |
| 11 | | Clerk #11 Domestic Money Order List 9/16/97 | | |
| 12 | | Clerk #11 Domestic Money Order List 9/17/97 | | |
| 13 | | Clerk #11 Domestic Money Order List 9/19/97 | | |
| 14 | | Clerk #11 Domestic Money Order List 9/22/97/97 | | |
| 15 | | Clerk #11 Domestic Money Order List 9/23/97 | | |

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|---|
| | | UNITED STATES EXHIBIT LIST | | |
| | | UNITED STATES v. SIMEON<br>CASE NO. 00-6038-CR-ZLOCH | ASSISTANT UNITED STATES ATTORNEY<br>BERTHA R. MITRANI<br>PAGE 3 OF 12 | |
| 16 | | Clerk #11 Domestic Money Order List<br>9/29/97 | | |
| 17 | | Clerk #11 Domestic Money Order List<br>9/30/97 | | |
| 18 | | Clerk #11 Domestic Money Order List<br>10/4/97 | | |
| 19 | | Clerk #11 Domestic Money Order List<br>10/6/97 | | |
| 20 | | Clerk #11 Domestic Money Order List<br>11/8/97 | | |
| 21 | | Clerk #11 Domestic Money Order List<br>11/12/97 | | |
| 22 | | Clerk #11 Domestic Money Order List<br>12/6/97 | | |
| 23 | | Clerk #11 Domestic Money Order List<br>12/10/97 | | |
| 24 | | Clerk #11 Domestic Money Order List<br>12/22/97 | | |
| 25 | | Clerk #11 Domestic Money Order List<br>12/29/97 | | |

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|---|
| | | UNITED STATES EXHIBIT LIST | | |
| | | UNITED STATES v. SIMEON CASE NO. 00-6038-CR-ZLOCH | ASSISTANT UNITED STATES ATTORNEY BERTHA R. MITRANI PAGE 4 OF 12 | |
| 26 | | Clerk #11 Domestic Money Order List 12/31/97 | | |
| 27 | | Clerk #11 Domestic Money Order List 1/02/98 | | |
| 28 | | Clerk #11 Domestic Money Order List 1/3/98 | | |
| 29 | | Clerk #11 Domestic Money Order List 1/5/98 | | |
| 30 | | Clerk #11 Domestic Money Order List 1/6/98 | | |
| 31 | | Clerk #11 Domestic Money Order List 1/9/98 | | |
| 32 | | Clerk #11 Domestic Money Order List 1/12/98 | | |
| 33 | | Clerk #11 Domestic Money Order List 1/14/98 | | |
| 34 | | Clerk #11 International Money Order List 7/5/97 | | |
| 35 | | Clerk #11 International Money Order List 11/12/97 | | |

# UNITED STATES EXHIBIT LIST

UNITED STATES v. SIMEON
CASE NO. 00-6038-CR-ZLOCH

ASSISTANT UNITED STATES ATTORNEY
BERTHA R. MITRANI
PAGE 5 OF 12

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|---|
| 36 | | Clerk #11 International Money Order List 12/6/97 | | |
| 37 | | Clerk #11 International Money Order List 12/12/97 | | |
| 38 | | Clerk #11  PS-1412 Receipt Portion 9/19/97 | | |
| 39 | | Clerk #11  PS-1412 Receipt Portion 10/4/97 | | |
| 40 | | Clerk #11  PS-1412 Receipt Portion 12/10/97 | | |
| 41 | | Money Order 670 408 3100 | | |
| 42 | | Money Order 670 408 3101 | | |
| 43 | | Money Order 670 408 3107 | | |
| 44 | | Money Order 670 408 3112 | | |
| 45 | | Money Order 670 408 3120 | | |

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|---|
| UNITED STATES v. SIMEON CASE NO. 00-6038-CR-ZLOCH | | UNITED STATES EXHIBIT LIST | ASSISTANT UNITED STATES ATTORNEY BERTHA R. MITRANI PAGE 6 OF 12 | |
| 46 | | Money Order 670 408 3121 | | |
| 47 | | Money Order 670 408 3123 | | |
| 48 | | Money Order 670 408 3125 | | |
| 49 | | Money Order 670 408 3126 | | |
| 50 | | Money Order 670 408 3129 | | |
| 51 | | Money Order 670 408 3130 | | |
| 52 | | Money Order 670 408 3139 | | |
| 53 | | Money Order 670 408 3151 | | |
| 54 | | Money Order 670 408 3172 | | |
| 55 | | Money Order 670 408 3179 | | |

| | | | UNITED STATES EXHIBIT LIST | | |
|---|---|---|---|---|---|
| UNITED STATES v. SIMEON<br>CASE NO. 00-6038-CR-ZLOCH | | | | ASSISTANT UNITED STATES ATTORNEY<br>BERTHA R. MITRANI<br>PAGE 7 OF 12 | |
| EXHIBIT<br>NUMBER | CR | DESCRIPTION | | WITNESS | ADMITTED<br>(Y/N) |
| 56 | | Money Order<br>670 408 3186 | | | |
| 57 | | Money Order<br>670 408 3190 | | | |
| 58 | | Money Order<br>675 489 2311 | | | |
| 59 | | Money Order<br>675 489 2318 | | | |
| 60 | | Money Order<br>675 489 2328 | | | |
| 61 | | Money Order<br>675 489 2329 | | | |
| 62 | | Money Order<br>675 489 2345 | | | |
| 63 | | Money Order<br>675 489 2366 | | | |
| 64 | | Money Order<br>675 489 2367 | | | |
| 65 | | Money Order<br>675 489 2378 | | | |

| UNITED STATES v. SIMEON CASE NO. 00-6038-CR-ZLOCH | | | | |
|---|---|---|---|---|
| | | UNITED STATES EXHIBIT LIST | | |
| | | | ASSISTANT UNITED STATES ATTORNEY BERTHA R. MITRANI | PAGE 8 OF 12 |
| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
| 66 | | Money Order 675 489 2379 | | |
| 67 | | Money Order 675 489 2383 | | |
| 68 | | Money Order 675 489 2388 | | |
| 69 | | Money Order 675 489 2389 | | |
| 70 | | Money Order 702 594 6020 | | |
| 71 | | Money Order 702 594 6021 | | |
| 72 | | Money Order 702 594 6026 | | |
| 73 | | Money Order 702 594 6027 | | |
| 74 | | Money Order 702 594 6030 | | |
| 75 | | Money Order 702 594 6036 | | |

| | | UNITED STATES EXHIBIT LIST | | |
|---|---|---|---|---|
| UNITED STATES v. SIMEON CASE NO. 00-6038-CR-ZLOCH | | | ASSISTANT UNITED STATES ATTORNEY BERTHA R. MITRANI | PAGE 9 OF 12 |
| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
| 76 | | Money Order 702 594 6037 | | |
| 77 | | Money Order 702 594 6047 | | |
| 78 | | Money Order 702 594 6019 | | |
| 79 | | Clerk # 11's Check List 12/20/97 | | |
| 80 | | Barnett Bank Deposit Slip (pink copy) 12/20/97 | | |
| 81 | | Clerk # 11, Jean Simeon's Duplicate Key Inventory Sealed Envelope (keys inside) with Locker Lock attached | | |
| 82 | | Simeon Money Order Issuance History | | |
| 83 | | Report Of International Money Orders 702 594 6000-6099 | | |
| 84 | | Money Order Machine | | |

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|---|
| | | UNITED STATES v. SIMEON<br>CASE NO. 00-6038-CR-ZLOCH | UNITED STATES EXHIBIT LIST<br>ASSISTANT UNITED STATES ATTORNEY<br>BERTHA R. MITRANI<br>PAGE 10 OF 12 | |
| 85A | | Money Order Customer's Receipt<br>670 408 3120 | | |
| 85B | | Money Order Customer's Receipt<br>670 408 3121 | | |
| 85C | | SourceOne Mortgage Service Corporation<br>Payment Coupon Book<br>Jerry L. Myers, Jr.<br>Elizabeth Myers | | |
| 86A | | Money Order Customer's Receipt<br>670 408 3122 | | |
| 86B | | Money Order Customer's Receipt<br>670 408 3144 | | |
| 86C | | Money Order Customer's Receipt<br>675 443 0226 | | |
| 86D | | Money Order<br>675 443 0226 | | |
| 86E | | Money Order<br>670 408 3122 | | |

| UNITED STATES EXHIBIT LIST | | | | |
|---|---|---|---|---|
| UNITED STATES v. SIMEON<br>CASE NO. 00-6038-CR-ZLOCH | | | ASSISTANT UNITED STATES ATTORNEY<br>BERTHA R. MITRANI<br>PAGE 11 OF 12 | |
| EXHIBIT<br>NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED<br>(Y/N) |
| 86F | | Money Order<br>670 408 3144 | | |
| 86G | | Money Order<br>670 408 3145 | | |
| 87 | | Photograph Lighthouse Point Post Office<br>(Exterior) | | |
| 88 | | Photograph of Clerk Stations at Entrance<br>Lighthouse Point Post Office | | |
| 89 | | Photograph of Clerk Stations (Front View)<br>Lighthouse Point Post Office | | |
| 90 | | Photograph of Clerk Stations (Rear View)<br>Lighthouse Point Post Office | | |
| 91 | | Photograph of Vault<br>Lighthouse Point Post Office | | |
| 92 | | Photograph of Vault Door Open<br>Lighthouse Point Post Office | | |
| 93 | | Photograph of Cash Drawers in Vault<br>Lighthouse Point Post Office | | |

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|---|
| | | **UNITED STATES v. SIMEON**<br>**CASE NO. 00-6038-CR-ZLOCH** | **UNITED STATES EXHIBIT LIST** | |
| | | | **ASSISTANT UNITED STATES ATTORNEY**<br>**BERTHA R. MITRANI**<br>**PAGE 12 OF 12** | |
| 94 | | Photograph of Clerk's Lockers in Vault<br>Lighthouse Point Post Office | | |
| 95 | | Photograph of Cash Drawer<br>Lighthouse Point Post Office | | |
| 96 | | Domestic Money Order<br>External Flow Chart | | |
| 97 | | International Money Order<br>External Flow Chart | | |
| 98 | | Money Order<br>Internal Flow Chart<br>(Domestic and International Money Orders) | | |
| 99 | | Money Order<br>Match Chart | | |
| | | | | |
| | | | | |

# UNITED STATES EXHIBIT LIST

UNITED STATES v. SIMEON
CASE NO. 00-6038-CR-ZLOCH

ASSISTANT UNITED STATES ATTORNEY
BERTHA R. MITRANI
PAGE 13 OF 12

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|---|
| | | | | |