UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

JUL 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6038 6885-CR-ZLOCH          DATE 7-10-00
CLERK Carline Newby                        REPORTER Carl Schanzleh
PROBATION                                  INTERPRETER

UNITED STATES OF AMERICA v. Jean Simeon

U. S. ATTORNEY Bertha Mitrani         DEFT COUNSEL Pat Hunt

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Trial

RESULT OF HEARING Gov n't case-in-chief

JUDGMENT

CASE CONTINUED TO July 11, 2000   TIME 12:00 p.m.   FOR Trial

MISC

36