UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6038-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEAN SIMEON,

    Defendant.
_____ /

## MOTION FOR SUBPOENA

The defendant, Jean Simeon, through counsel and pursuant to Rule 17 (a) and (b) of the Federal Rules of Criminal Procedure, respectfully requests that the Court enter a sealed order for the issuance of subpoena for attendance at the trial in this case without expense to him.

In support of this motion defendant would show that he is financially unable to pay the costs and fees of the witness, his financial condition at the present time being the same as it was when the Court found his eligible for appointed counsel, and the presence of this witness is necessary for an adequate defense.

The defendant requests issuance of a subpoena for Nathan Siegler, 2691 North Cypress Road, Pompano Beach, Florida, Social Security No. 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. He will testify that he identified the seller of a questioned money order as a white male. This is inconsistent with the defendant's guilt and is therefore exculpatory evidence.

37

WHEREFORE the Defendant requests that the Court authorize the issuance and process of a subpoena on the above witness. The Defendant further requests that the Court order that the costs of process and witness fees for such subpoena shall be paid in the same manner as in the case of a witness called on behalf of the Government.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Patrick M. Hunt
Assistant Federal Public Defender
Florida Bar No. 571962
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed on this 14th day of July, 2000 to Assistant United States Attorney Bertha Mitrani at 299 E. Broward Blvd. Ft. Lauderdale, FL 33301.

_____
Patrick M. Hunt