UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6038-CR-ZLOCH
Magistrate Judge Seltzer



UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEAN SIMEON,

        Defendant.
_____ /

### ORDER FOR ISSUANCE OF SUBPOENA

THIS MATTER having come before the Court upon the Defendant's Motion For Subpoena Prior to Trial, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED, pursuant to F.R.Cr.P. 17(b), that a subpoena shall be issued for Nathan Siegler.

It is further ORDERED pursuant to F.R.Cr.P. 17(b) that the transportation and all other costs incurred by the process and the fees of the witness so subpoenaed shall be paid in the same manner in which similar costs and fees are paid in the case of a witness subpoenaed on behalf of the government.

DONE AND ORDERED at Fort Lauderdale, Florida, this _10th_ day of July, 2000.

                                  _____
                                  WILLIAM J. ZLOCH
                             Chief United States District Judge

copy to:    Patrick M. Hunt, AFPD (2 certified)
                 Bertha Mitrani, AFPD