UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED JUL 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6038-CR-ZLOCH  DATE July 11, 2000
CLERK Carline Newby  REPORTER Carl Schanzleh
PROBATION  INTERPRETER

UNITED STATES OF AMERICA v. Jean Simeon

U. S. ATTORNEY Bertha Mitrani  DEFT COUNSEL Pat Hunt

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Trial

RESULT OF HEARING Gov't case-in-chief; Gov't rests; Deft's R.29 Motion; Ct. denies Deft's R.29 Motion; Deft's case-in-chief; Deft rests; No rebuttal by Gov't; Deft's renewed R.29 Motion; Ct. denies Deft's R.29 Motion; Ct. inquires into Deft's JUDGMENT decision not to testify; Charge conference, Closing arguments; jury deliberation; jury question; Ct answers jury question in open court

CASE CONTINUED TO July 12, 2000  TIME 8:45am  FOR Trial

Jury note attached


40

7-11-00

May we Please have the closing statement charts.

Eric Platt

Member of the Jury