UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

JUL 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6038-CR-ZLOCH  DATE July 12, 2000
CLERK Carline Newby  REPORTER Carl Schanzleh
PROBATION  INTERPRETER

UNITED STATES OF AMERICA v. Jean E. Simeon

U. S. ATTORNEY Birtha Mitrani  DEFT COUNSEL Pat Hunt

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Trial

RESULT OF HEARING Jury deliberation continued; jury note

JUDGMENT

CASE CONTINUED TO July 13, 2000  TIME 8:45am  FOR Trial

MISC Jury note attached


41

7/12/00

Dear Judge
    We Are requesting a lunch break at this time if possible.

Eric Platt

P.S. WE HAVE A pregNrNT Lady That NEEDS something To eat!