UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUL 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  00-6038-CR-ZLOCH  DATE 7/13/00

CLERK Carline Newby     REPORTER Cari Schanzleh

PROBATION                INTERPRETER

UNITED STATES OF AMERICA v. Jean E. Simeon

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Patrick Hunt

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Verdict

RESULT OF HEARING Jury find Defendant not guilty as to all counts; Ct. adjudges Deft. not guilty as to all counts;

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC Note from jury attached



42

We have reached
a verdict

Eric Platt    7/13/00
10:00 AM