UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6038-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEAN E. SIMEON,

    Defendant.
_____/

**VERDICT**

FILED by ___ D.C.
JUL 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

WE, THE JURY, FIND the Defendant, JEAN E. SIMEON,

As to Count 1     *Not Guilty*
    GUILTY/NOT GUILTY

As to Count 2     *Not Guilty*
    GUILTY/NOT GUILTY

As to Count 3     *Not Guilty*
    GUILTY/NOT GUILTY

As to Count 4     *Not Guilty*
    GUILTY/NOT GUILTY

As to Count 5     *Not Guilty*
    GUILTY/NOT GUILTY

As to Count 6     *Not Guilty*
    GUILTY/NOT GUILTY

As to Count 7     *Not Guilty*
    GUILTY/NOT GUILTY

As to Count 8    *Not Guilty*
GUILTY/NOT GUILTY

As to Count 9    *Not Guilty*
GUILTY/NOT GUILTY

As to Count 10   *Not Guilty*
GUILTY/NOT GUILTY

As to Count 11   *Not Guilty*
GUILTY/NOT GUILTY

As to Count 12   *Not Guilty*
GUILTY/NOT GUILTY

As to Count 13   *Not Guilty*
GUILTY/NOT GUILTY

As to Count 14   *Not Guilty*
GUILTY/NOT GUILTY

As to Count 15   *Not Guilty*
GUILTY/NOT GUILTY

As to Count 16   *Not Guilty*
GUILTY/NOT GUILTY

As to Count 17   *Not Guilty*
GUILTY/NOT GUILTY

As to Count 18        ___Not Guilty___
                      GUILTY/NOT GUILTY

As to Count 19        ___Not Guilty___
                      GUILTY/NOT GUILTY

As to Count 20        ___Not Guilty___
                      GUILTY/NOT GUILTY

As to Count 21        ___Not Guilty___
                      GUILTY/NOT GUILTY

As to Count 22        ___Not Guilty___
                      GUILTY/NOT GUILTY

As to Count 23        ___Not Guilty___
                      GUILTY/NOT GUILTY

As to Count 24        ___Not Guilty___
                      GUILTY/NOT GUILTY

As to Count 25        ___Not Guilty___
                      GUILTY/NOT GUILTY

As to Count 26        ___Not Guilty___
                      GUILTY/NOT GUILTY

As to Count 27        ___Not Guilty___
                      GUILTY/NOT GUILTY

As to Count 28 _____*Not Guilty*_____
GUILTY/NOT GUILTY

As to Count 29 _____*Not Guilty*_____
GUILTY/NOT GUILTY

As to Count 30 _____*Not Guilty*_____
GUILTY/NOT GUILTY

As to Count 31 _____*Not Guilty*_____
GUILTY/NOT GUILTY

As to Count 32 _____*Not Guilty*_____
GUILTY/NOT GUILTY

As to Count 33 _____*Not Guilty*_____
GUILTY/NOT GUILTY

As to Count 34 _____*Not Guilty*_____
GUILTY/NOT GUILTY

As to Count 35 _____*Not Guilty*_____
GUILTY/NOT GUILTY

As to Count 36 _____*Not Guilty*_____
GUILTY/NOT GUILTY

As to Count 37 _____*Not Guilty*_____
GUILTY/NOT ~~GUILTY~~


As to Count 38    _Not Guilty_
                  GUILTY/NOT GUILTY

As to Count 39    _Not Guilty_
                  GUILTY/NOT GUILTY

As to Count 40    _Not Guilty_
                  GUILTY/NOT GUILTY

As to Count 41    _Not Guilty_
                  GUILTY/NOT GUILTY

As to Count 42    _Not Guilty_
                  GUILTY/NOT GUILTY

As to Count 43    _Not Guilty_
                  GUILTY/NOT GUILTY

as charged in the Indictment.

SO SAY WE ALL.

_Eric Platt_
FOREPERSON

_July 13, 2000_
DATE
10:00 AM