# UNITED STATES REVISED EXHIBIT LIST

UNITED STATES v. SIMEON
CASE NO. 00-6038-CR-ZLOCH

ASSISTANT UNITED STATES ATTORNEY
BERTHA R. MITRANI
PAGE 1 OF 13

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED DATE |
|---|---|---|---|---|
| 1 | | International Money Order Log | HUTZ | 7/3/00 |
| 2 | | Domestic Money Order Log | '' | '' |
| 3A | | Block Of Blank Money Orders | WIGGINS | 7/6/00 |
| 3B | | Blank Money Order | WIGGINS | 7/6/00 |
| 4A | | Money Order 675 489 2772 | '' | '' |
| 4B | | Money Order Customer's Receipt 675 489 2772 | ROBINSON | 7/6/00 |
| 4C | | Money Order Postal M.O. Voucher 675 489 2772 | HUTZ | 7/6/00 |
| 4D | | Money Order 675 489 2381 | WIGGINS | 7/6/00 |
| 4E | | Money Order Customer's Receipt 675 489 2381 | ROBINSON | 7/6/00 |
| 5 | | Clerk #11  PS-1412 Receipt Portion 11/12/97 | HUTZ | 7/6/00 |

✱ ALL EXHIBITS RETURNED TO AUSA MITRANI.

JUL 13 2000
CLARENCE MADDOX

## UNITED STATES' REVISED EXHIBIT LIST

UNITED STATES v. SIMEON
CASE NO. 00-6038-CR-ZLOCH

ASSISTANT UNITED STATES ATTORNEY
BERTHA R. MITRANI

PAGE 2 OF 13

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|---|
| 6 | | Clerk #11 Domestic Money Order List 5/27/97 | HUTZ | 2/6/00 DA-7LZ |
| 7 | | Clerk #11 Domestic Money Order List 9/10/97 | | |
| 8 | | Clerk #11 Domestic Money Order List 9/12/97 | | |
| 9 | | Clerk #11 Domestic Money Order List 9/13/97 | HUTZ | 2/6/00 |
| 10 | | Clerk #11 Domestic Money Order List 9/15/97 | | |
| 11 | | Clerk #11 Domestic Money Order List 9/16/97 | | |
| 12 | | Clerk #11 Domestic Money Order List 9/17/97 | | |
| 13 | | Clerk #11 Domestic Money Order List 9/19/97 | | |
| 14 | | Clerk #11 Domestic Money Order List 9/22/97/97 | | |
| 15 | | Clerk #11 Domestic Money Order List 9/23/97 | ← | ← |

UNITED STATES v. SIMEON
CASE NO. 00-6038-CR-ZLOCH

UNITED STATES REVISED EXHIBIT LIST

ASSISTANT UNITED STATES ATTORNEY
BERTHA R. MITRANI
PAGE 3 OF 13

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|---|
| 16 | | Clerk #11 Domestic Money Order List 9/29/97 | | |
| 17 | | Clerk #11 Domestic Money Order List 9/30/97 | | |
| 18 | | Clerk #11 Domestic Money Order List 10/4/97 | | |
| 19 | | Clerk #11 Domestic Money Order List 10/6/97 | Hutz | 2/2/00 |
| 20 | | Clerk #11 Domestic Money Order List 11/8/97 | | |
| 21 | | Clerk #11 Domestic Money Order List 11/12/97 | | |
| 22 | | Clerk #11 Domestic Money Order List 12/6/97 | | |
| 23 | | Clerk #11 Domestic Money Order List 12/10/97 | | |
| 24 | | Clerk #11 Domestic Money Order List 12/22/97 | | |
| 25 | | Clerk #11 Domestic Money Order List 12/29/97 | | |

UNITED STATES v. SIMEON
CASE NO. 00-6038-CR-ZLOCH

UNITED STATES REVISED EXHIBIT LIST

ASSISTANT UNITED STATES ATTORNEY
BERTHA R. MITRANI

PAGE 4 OF 13

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|---|
| 26 | | Clerk #11 Domestic Money Order List 12/31/97 | | |
| 27 | | Clerk #11 Domestic Money Order List 1/02/98 | HUTZ | 7/12/10 |
| 28 | | Clerk #11 Domestic Money Order List 1/3/98 | | |
| 29 | | Clerk #11 Domestic Money Order List 1/5/98 | | |
| 30 | | Clerk #11 Domestic Money Order List 1/6/98 | | |
| 31 | | Clerk #11 Domestic Money Order List 1/9/98 | | |
| 32 | | Clerk #11 Domestic Money Order List 1/12/98 | | |
| 33 | | Clerk #11 Domestic Money Order List 1/14/98 | ← | ← |
| 34 | | Clerk #11 International Money Order List 7/5/97 | | |
| 35 | | Clerk #11 International Money Order List 11/12/97 | ← | ← |

UNITED STATES v. SIMEON
CASE NO. 00-6038-CR-ZLOCH

## UNITED STATES' REVISED EXHIBIT LIST

ASSISTANT UNITED STATES ATTORNEY
BERTHA R. MITRANI

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED DATE |
|---|---|---|---|---|
| 36 | | Clerk #11 International Money Order List 12/6/97 | HUTZ | 2/5/0 |
| 37 | | Clerk #11 International Money Order List 12/12/97 | " | " |
| 38 | | Clerk #11 PS-1412 Receipt Portion 9/19/97 | | |
| 39 | | Clerk #11 PS-1412 Receipt Portion 10/4/97 | ✓ | ✓ |
| 40 | | Clerk #11 PS-1412 Receipt Portion 12/10/97 | | |
| 41 | | Money Order 670 408 3100 | WIGGINS | 7/6/00 |
| 42 | | Money Order 670 408 3101 | | |
| 43 | | Money Order 670 408 3107 | | |
| 44 | | Money Order 670 408 3112 | | |
| 45 | | Money Order 670 408 3120 | ✓ | ✓ |

# UNITED STATES' REVISED EXHIBIT LIST

UNITED STATES v. SIMEON
CASE NO. 00-6038-CR-ZLOCH

ASSISTANT UNITED STATES ATTORNEY
BERTHA R. MITRANI

PAGE 6 OF 13

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED DATE |
|---|---|---|---|---|
| 46 | | Money Order 670 408 3121 | Wiggins | 7/6/00 |
| 47 | | Money Order 670 408 3123 | | |
| 48 | | Money Order 670 408 3125 | | |
| 49 | | Money Order 670 408 3126 | | |
| 50 | | Money Order 670 408 3129 | | |
| 51 | | Money Order 670 408 3130 | | |
| 52 | | Money Order 670 408 3139 | | |
| 53 | | Money Order 670 408 3151 | | |
| 54 | | Money Order 670 408 3172 | | |
| 55 | | Money Order 670 408 3179 | | |

# UNITED STATES' REVISED EXHIBIT LIST

UNITED STATES v. SIMEON
CASE NO. 00-6038-CR-ZLOCH

ASSISTANT UNITED STATES ATTORNEY
BERTHA R. MITRANI

PAGE 7 OF 13

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|---|
| 56 | | Money Order 670 408 3186 | Wiggins | 7/6/10 DOTE |
| 57 | | Money Order 670 408 3190 | | |
| 58 | | Money Order 675 489 2311 | | |
| 59 | | Money Order 675 489 2318 | | |
| 60 | | Money Order 675 489 2328 | | |
| 61 | | Money Order 675 489 2329 | | |
| 62 | | Money Order 675 489 2345 | | |
| 63 | | Money Order 675 489 2366 | | |
| 64 | | Money Order 675 489 2367 | ← | |
| 65 | | Money Order 675 489 2378 | | ← |

UNITED STATES v. SIMEON
CASE NO. 00-6038-CR-ZLOCH

UNITED STATES' REVISED EXHIBIT LIST

ASSISTANT UNITED STATES ATTORNEY
BERTHA R. MITRANI

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED DATE |
|---|---|---|---|---|
| 66 | | Money Order 675 489 2379 | WIGGINS | 7/6/00 |
| 67 | | Money Order 675 489 2383 | | |
| 68 | | Money Order 675 489 2388 | | |
| 69 | | Money Order 675 489 2389 | ↙ | ↙ |
| 70 | | Money Order 702 594 6020 | | |
| 71 | | Money Order 702 594 6021 | WIGGINS | 7/6/00 |
| 72 | | Money Order 702 594 6026 | | |
| 73 | | Money Order 702 594 6027 | | |
| 74 | | Money Order 702 594 6030 | ↙ | ↙ |
| 75 | | Money Order 702 594 6036 | | |

UNITED STATES v. SIMEON
CASE NO. 00-6038-CR-ZLOCH

## UNITED STATES REVISED EXHIBIT LIST

ASSISTANT UNITED STATES ATTORNEY
BERTHA R. MITRANI
PAGE 9 OF 13

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED DATE |
|---|---|---|---|---|
| 76 | | Money Order 702 594 6037 | WIGGINS | 7/6/00 |
| 77 | | Money Order 702 594 6047 | | |
| 78 | | Money Order 702 594 6019 | ← | ← |
| 79 | | Clerk # 11's Check List 12/20/97 | KUTZ | 7/?/00 |
| 80 | | Barnett Bank Deposit Slip (pink copy) 12/20/97 | " | " |
| 81 | | Clerk # 11, Jean Simeon's Duplicate Key Inventory Sealed Envelope (keys inside) with Locker Lock attached | KUTZ | 7/6/00 |
| 82 | | Simeon Money Order Issuance History | | |
| 83 | | Report Of International Money Orders 702 594 6000-6099 | WIGGINS | 7/6/00 |
| 84 | | Money Order Machine | KUTZ | 7/6/?? |

# UNITED STATES' REVISED EXHIBIT LIST

UNITED STATES v. SIMEON
CASE NO. 00-6038-CR-ZLOCH

ASSISTANT UNITED STATES ATTORNEY
BERTHA R. MITRANI
PAGE 10 OF 13

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED |
|---|---|---|---|---|
| 85A | | Money Order Customer's Receipt 670 408 3120 | MYERS | 2/10/00 |
| 85B | | Money Order Customer's Receipt 670 408 3121 | " | " |
| 85C | | SourceOne Mortgage Service Corporation Payment Coupon Book Jerry L. Myers, Jr. Elizabeth Myers | " | " |
| 86A | | Money Order Customer's Receipt 670 408 3122 | GOMES | 2/10/00 |
| 86B | | Money Order Customer's Receipt 670 408 3144 | " | " |
| 86C | | Money Order Customer's Receipt 675 443 0226 | " | " |
| 86D | | Money Order 675 443 0226 | WIGGINS | 2/6/00 |
| 86E | | Money Order 670 408 3122 | " | " |

| | UNITED STATES' REVISED EXHIBIT LIST | | |
|---|---|---|---|
| UNITED STATES v. SIMEON<br>CASE NO. 00-6038-CR-ZLOCH | | ASSISTANT UNITED STATES ATTORNEY<br>BERTHA R. MITRANI<br>PAGE 11 OF 13 | |
| EXHIBIT NUMBER | CR. DESCRIPTION | WITNESS | ADMITTED DATE |
| 86F | Money Order 670 408 3144 | Wiggins | 7/6/00 |
| 86G | Money Order 670 408 3145 | " | " |
| 87 | Photograph Lighthouse Point Post Office (Exterior) | Kutz | " |
| 88 | Photograph of Clerk Stations at Entrance Lighthouse Point Post Office | " | " |
| 89 | Photograph of Clerk Stations (Front View) Lighthouse Point Post Office | " | " |
| 90 | Photograph of Clerk Stations (Rear View) Lighthouse Point Post Office | " | " |
| 91 | Photograph of Vault Lighthouse Point Post Office | " | " |
| 92 | Photograph of Vault Door Open Lighthouse Point Post Office | " | " |
| 93 | Photograph of Cash Drawers in Vault Lighthouse Point Post Office | " | " |

| UNITED STATES' REVISED EXHIBIT LIST |||||
|---|---|---|---|---|
| UNITED STATES v. SIMEON<br>CASE NO. 00-6038-CR-ZLOCH |||| ASSISTANT UNITED STATES ATTORNEY<br>BERTHA R. MITRANI<br>PAGE 12 OF 13 |
| EXHIBIT<br>NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED<br>DATE |
| 94 | | Photograph of Clerk's Lockers in Vault<br>Lighthouse Point Post Office | HOTZ | 7/6/00 |
| 95 | | Photograph of Cash Drawer<br>Lighthouse Point Post Office | '' | '' |
| 96 | | Domestic Money Order<br>External Flow Chart | WIGGINS | 7/6/00 |
| 97 | | International Money Order<br>External Flow Chart | '' | '' |
| 98 | | Money Order<br>Internal Flow Chart<br>(Domestic and International Money Orders) | WIGGINS | 7/6/00 |
| 99 | | Money Order<br>Match Chart | '' | '' |
| 100 | | Handwriting Exemplars<br>(Composite Exhibit) | MANZOLILLO | 7/6/00 |
| 101A | | Money Order 702 594 6026<br>(Enlargement) | '' | '' |

# UNITED STATES' REVISED EXHIBIT LIST

UNITED STATES v. SIMEON  
CASE NO. 00-6038-CR-ZLOCH

ASSISTANT UNITED STATES ATTORNEY  
BERTHA R. MITRANI  
PAGE 13 OF 13

| EXHIBIT NUMBER | CR | DESCRIPTION | WITNESS | ADMITTED DATE |
|---|---|---|---|---|
| 101B | | Questioned Entries/ Known Handwriting of Jean E. Simeon (Britain/Moser Chart) | | |
| 101C | | Questioned Entries/ Known Handwriting of Jean E. Simeon (Con. Lic. Chart) | MAMZOLIKKC | DATE |
| 102 | | Fingerprint Cards | " | |
| 103 | | Fingerprint Comparison Chart | | |
| 104 | | CHART - DOMESTIC MONEYORDER | WIGGINS | 9/6/00 |
| 105 | | " - INTERNATIONAL " " | " | " |
| 106 | | " - TRACE FROM IRT | " | " |
| 86A | | MONEY ORDER VOUCHER #0226 | HUTZ | 7/7/00 |