# United States District Court

**DISTRICT OF** Florida — Southern

U.S.A.
v.
Jean E. Simeon

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6038-CR

| | |
|---|---|
| PRESIDING JUDGE | William J. Zloch |
| PLAINTIFF'S ATTORNEY | Bertha Mitrani |
| DEFENDANT'S ATTORNEY | Patrick Hunt |
| TRIAL DATE(S) | July 5 |
| COURT REPORTER | Carl Schenzleh |
| COURTROOM DEPUTY | Amy Jordan |

JUL 1 3 2000

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | NONE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages