UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO:  00-6038-CR-ZLOCH

        Plaintiff

v.

JEAN E. SIMEON

        Defendant
_____

### JUDGMENT OF ACQUITTAL

    The above-entitled cause having come on for trial and the jury having found the defendant Not Guilty as to Counts 1 through and including Count 43 as charged in the Indictment, it is hereby

    ORDERED AND ADJUDGED that the defendant be discharged to go hence without day for return and exonerated of bond, if any.

    DONE AND ORDERED at Fort Lauderdale, Florida this 14th day of July, 2000.

                                WILLIAM J. ZLOCH
                                U. S. DISTRICT JUDGE

cc:
Bertha Mitrani, Esq., AUSA
Patrick Hunt, Esq., AFPD
Probation
Mashal